[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16132
Non-Argument Calendar

_____

D.C. Docket No. 4:16-cr-00155-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAHQUES ROGERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(May 24, 2017)

Before HULL, WILSON, and ROSENBAUM, Circuit Judges.

PER CURIAM:

W. Thomas Hudson, appointed counsel for Jahques Rogers in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Rogers filed a response, in which he states that Hudson has provided ineffective assistance of counsel.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. We do not consider Rogers's allegations of ineffective assistance of counsel because the record is not sufficiently developed for review. *See United States v. Puentes-Hurtado*, 794 F.3d 1278, 1285 (11th Cir. 2015). He is free to raise these allegations on collateral review in a motion to vacate under 28 U.S.C. § 2255. *See id.*

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rogers's conviction and sentence are **AFFIRMED**.